FILED

FEB 0 7 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

5:22cv25
Bailey
Mazzone
Prince

Chief Judge,

I am writing in concern of me being housed in USP Hazelton Penitentiary which is part of this Court's jurisdiction, conditions.

I am a DC superior Court case and not a federal inmate, but I am housed in the BOP. I am writing concerning the serious violations of staff/officers are doing to inmates and myself. We've been currently on lock and have been on lock down at least (15) days out of each month since I've been here on Aug 13th 2017. During my stay legal violations between Attorney to Client monitoring are subject to staff/officer ears and audio supervision making it more legal. This I am currently going through with my A-2 unit team Mr Rivera, unit manager who quotes "I don't give a Fuck! the doors will remain open! I don't care about your legal calls". I've been dealing with that for three months.

The drinking water has a horrific taste and it was deem unsafe to drink by medical personnel.

We've been given 4 slices of bread, peanut butter and a bag of salty potato chips, dry cereal/bran flakes put inside a brown paper bag, stale and unhealth to eat, for ten days. We were not given a hot meal for ten days. We are not given soap, toothpaste, deodorant, lotion, tooth brush weekly. There is no legal access to legal departments or no one is providing legal service

as the prison has been on lock downs ever. The Captain and (LT) of the prison has assaulted inmates repeatedly and has covered up numerous of times. LT. Barber, LT. Saunders, Lt Ms Stickly, Captian Hagmire, officer Brady, officer Hoplipsky and so many more officers on a daily basis who violate inmates. Medical department is providing and giving inmates the wrong medication and not seeing inmates for medical needs. There are programs available but none can be accomplished because of yearly lock down not related to coved. Staff/officers are falsifying incident reports and or trashing inmates mail. Legal mail thats BOP approved is being opened and sent through regular mail and copied. Inmates has been assaulted by officers in Oct 2821 and has a history of sexual assaulting inmates or assaulting them periodi. "When filing remedy under PLRA the same response is given, "This is only for informal purpose only". Nothing is being corrected instead its getting worse. Inmates are being housed improperly that do not have violent charges and or the staff do not want to correct inmate files causing them to stay in prison. Discrimination being called niggers, and other offensive names are used. This invironment of USP Hazelton needs a suprise visit by U.S. Marshall to see the misconduct and of treatment of inmates. Inmates need to be reviewed as this is an ongoing violation of Amendment 8th, 1st, 5th and FBOP rules.

I write to the best of my ability as everything
I've written is true. Please investigate USP
Hazelton as officers and staff needs to be held in a
Court of law.

Respectfully written.

Curtis Dickson 09519-007
United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525